# United States District Court
## Northern District of California

### CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case. Please place this form on top of the Defendant Information Form.

**Case Name:**
USA v. ERIC OMURO and ANNMARIE LANOCE

**Case Number:** CR 14 336

**Total Number of Defendants:**
1 ___   2-7 ✓   8 or more ___

**Is This Case Under Seal?**
Yes ✓   No ___

WHO

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ___   No ✓

**Venue (Per Crim. L.R. 18-1):**
SF ✓   OAK ___   SJ ___

**Is this a death-penalty-eligible RICO Act gang case?**
Yes ___   No ✓

**Assigned AUSA (Lead Attorney):**
Elise Becker

**Comments:**

**Date Submitted:**
06/24/2014

December 2011

PRINT